**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                                           21 CR. 77 (RMB)
    -against-

                                                                                        **ORDER**
ALIXA OLIVAS SAUCEDA,
                Defendant.
------------------------------------------------------------X

       The Court will hold a status conference in this matter on Tuesday, February 23, 2021 at 2:00 PM.

       In light of the continuing COVID-19 pandemic, the status conference is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

       Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 2177

Dated: February 18, 2021
       New York, NY

                                                    _____
                                                         RICHARD M. BERMAN
                                                                U.S.D.J.