# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

April 21, 2021

*By ECF and by e-mail*

Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     *United States v. Alixa Olivas Sauceda*, 21 Cr. 77

Dear Judge Berman:

> Conference is adjourned to 5/18/21 at 12:00 pm.  Defense counsel bail submission is due 4/28/21.  Government response is due 5/5/21.  Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.
>
> SO ORDERED:
> Date: 4/21/21          *Richard M. Berman*
>                        Richard M. Berman, U.S.D.J.

I write on consent (Assistant U.S. Attorney Kedar Bhatia) to respectfully request that the Court adjourn the conference currently scheduled for April 27, 2021, at 12:00 p.m., and reschedule it for a date convenient for the Court after May 12, 2021. The reason for the request is that I am beginning trial on that date in front of Judge Castel. I further request that at the next conference the Court hold a bail hearing, and I will file a separate letter explaining why release is warranted under the Bail Reform Act. As of this writing, the Government opposes Ms. Sauceda's release.

If the Court grants this request, we consent to the exclusion of time under the Speedy Trial Act until the next conference date.

Respectfully submitted,

/s/
Martin S. Cohen
Ass't Federal Defender
(212) 417-8737

Cc:    Kedar Bhatia, Esq., by ECF and e-mail
       Ms. Alixa Olivas Sauceda, Essex County Corr. Facility, Register No. 26205-509