**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

April 25, 2021

*By ECF and by e-mail*

Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Alixa Olivas Sauceda*, 21 Cr. 77 (RMB)

Dear Judge Berman:

    I write on consent (Ass't U.S. Attorney Kedar Bhatia) to respectfully request an extension of time to submit my request for bail. The Court has scheduled a conference for May 18, 2021, at 12:00 p.m., and set a deadline of April 28, 2021 for the bail submission. I am starting trial, though, on April 27, 2021, and will not be in a position to draft the submission until the trial is completed. Accordingly, I respectfully request that the Court extend the deadline for our bail submission until May 6, 2021.

                                  Respectfully submitted,

                                  /s/
                                  Martin S. Cohen
                                  Ass't Federal Defender
                                  (212) 417-8737

Application granted. Defense submission due 5/6/21. Government submission due 5/11/21.

SO ORDERED:
Date: 4/27/21
Richard M. Berman, U.S.D.J.