**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

UNITED STATES OF AMERICA,
           Government,

  -against-

ALIXA OLIVAS SAUCEDA,
           Defendant.
-----------------------------------------------------------X

21 CR. 77 (RMB)

**ORDER**

In light of the continuing COVID-19 pandemic, the status conference scheduled for Tuesday, May 18, 2021 at 12:00 PM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 2177

Dated: May 12, 2021
       New York, NY

                                                _____
                                                    RICHARD M. BERMAN
                                                         U.S.D.J.