**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
           Government,

  -against-

ALIXA OLIVAS SAUCEDA,
           Defendant.
------------------------------------------------------------X

21 CR. 77 (RMB)

**ORDER**

    In light of the continuing COVID-19 pandemic, the status conference scheduled for Wednesday, September 15, 2021 at 11:00 AM is being held by video via Microsoft Teams pursuant to the CARES Act and applicable implementing court procedures.

    Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 2177

Dated: September 8, 2021
       New York, NY

                              _____
                                 RICHARD M. BERMAN
                                       U.S.D.J.