

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 10, 2021

**BY EMAIL**
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Alixa Olivas Sauceda*, 21 Cr. 77 (RMB)

Dear Judge Aaron:

    The Government writes, with the consent of defense counsel, to respectfully request an adjournment of certain pretrial deadlines and an exclusion of time under the Speedy Trial Act. Specifically, the Government seeks to adjourn the deadline for requests to charge and motions *in limine* from December 10, 2021, until December 22, 2021; adjourn the deadline for responses to those filings from December 17, 2021, until January 5, 2022; and adjourn the final pretrial conference, currently scheduled for December 21, 2021, until the week of January 24, 2022.

    Since the defendant was arrested, the parties have had extensive communications about appropriate pretrial resolutions to this matter, including written correspondence and supervisory reviews within the U.S. Attorney's Office. The Government expects to be able to make a plea offer in the short term, and believes the requested adjournment will give the parties additional time to complete their discussions about a pretrial resolution. The Government understands that trial in this matter has been scheduled to begin on February 7, 2022.

    The Government further requests, with consent from defense counsel, that the Court exclude time, pursuant to 18 U.S.C. § 3161(h)(7), from December 21, 2021, until the date of the next conference. The Government submits that the ends of justice served by granting the exclusion of time outweigh the best interests of the public and the defendant in a speedy trial

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/14/21
```

Case 1:21-cr-00077-RMB   Document 29   Filed 12/14/21   Page 2 of 2
Case 1:21-cr-00077-RMB   Document 22   Filed 12/10/21   Page 2 of 2

Page 2

because the exclusion of time will permit the parties to continue their detailed discussions concerning a potential pretrial disposition of this case.

The defendant consents to the above-requested adjournment and the exclusion of time under the Speedy Trial Act.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: __/s/_____
Kedar S. Bhatia
Assistant United States Attorney
(212) 637-2465

Cc: Martin Cohen, Esq.

> Applications are granted. The final pretrial conference will be held on 1/25/22 at 12:00 noon. Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter until the trial date, 2/7/22.
>
> SO ORDERED:
> Date: 12/14/21    Richard M. Berman
> Richard M. Berman, U.S.D.J.