UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                             21 CR. 77 (RMB)

  -against-

                                                                            **ORDER**

ALIXA OLIVAS SAUCEDA,
                Defendant.
------------------------------------------------------------X

       The sentencing scheduled for Thursday, March 3, 2022 at 12:00 PM is hereby rescheduled to 11:00 AM on the same date.

       In light of the continuing COVID-19 pandemic, the proceeding is being held by video via Microsoft Teams pursuant to the CARES Act and applicable implementing court procedures.

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 2177

Dated: February 24, 2022
       New York, NY

                                                  _____
                                                      RICHARD M. BERMAN
                                                             U.S.D.J.