# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

March 3, 2022

*By ECF and e-mail*

Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Alixa Olivas Sauceda*, 21 Cr. 77 (RMB)

Dear Judge Berman:

    I write on consent – Assistant United States Attorney Kedar Bhatia – to respectfully request that the Court adjourn sentencing, currently scheduled as a remote proceeding for this morning at 11:00 a.m., because our strong preference is that the proceeding take place in-person. I respectfully request that the Court reschedule sentencing for the earliest convenient date that an in-person proceeding can be held. I am available on any date other than March 7, 8, or 14, 2022.

Respectfully submitted,

/s/
Martin S. Cohen
Ass't Federal Defender
(212) 417-8737

Application granted. Sentencing is adjourned to March 9, 2022 at 12:00 PM.

SO ORDERED:
Date: 3/3/22
Richard M. Berman, U.S.D.J.